# MEMORANDUM ENDORSED

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2024
```

March 28, 2024

Honorable Gregory H. Woods
United States District Judge
500 Pearl Street
New York, N.Y. 10007

Re: *United States vs, Aneudy Alvarado*
22 Cr. 522(GHW)

Dear Judge Woods

I represent Aneudy Alvarado pursuant to the Criminal Justice Act. I write to request the assignment of new counsel for Mr. Alvarado. Mr. Alvardo advised that he seeks new counsel and that he is not satisfied with my representation. It seems at this point that the attorney client relationship is beyond repair. I ash that a conference concerning this issue be scheduled for Tuesday April 2nd after 11:00 A.M or Friday afternoon, April 5th.

Assistant U.S. Attorney Ashley Nicolas advised that the government takes no position concerning this request.

This is the first application on Mr. Alvarado's behalf seeking new counsel.

Thank you for your consideration of this request.

Respectfully yours.
/s/
Thomas F.X. Dunn

Ashley Nicole, Esq.
Assistant U.S. Attorney

Andrew Jones, Esq.
Assistant U.S. Attorney

Application granted in part. The Court will hold a conference on April 5, 2024 at 9:00 a.m. to discuss the defendant's March 28, 2024 letter. Dkt. No. 304. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Counsel for the United States is directed to produce the defendant for that date and time.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 304.

SO ORDERED.

Dated: April 3, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge