```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

               -v-                                  1:22-cr-522-GHW

    ANEUDY ALVARADO,                            ORDER

                               Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On April 22, 2024, counsel for the United States filed a signed protective order on the docket of this case. Dkt. No. 314. Counsel for the United States coded the docket entry as a motion for a protective order, but the proposed order is not accompanied by a letter motion or other application from the United States. The Court declines to take action with respect to the proposed protective order at this time. The proposed order begins with a recital that refers to a predicate application by the United States ("Upon the application of the United States of America . . . ."). While coding a proposed order as a motion on the ECF system may be expedient, it is not a substitute for a signed letter or other application to the Court requesting that the Court take action and stating the reasons for the request.[1]

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 314.

       SO ORDERED.

Dated: April 23, 2024
       New York, New York

                                                               GREGORY H. WOODS
                                                        United States District Judge

---

[1] Counsel may wish to review the ECF Filing Event list and evaluate whether the code used was appropriate for the document that was filed. *See* Electronic Case Filing Rules & Instructions ¶ 13.17 ("If you cannot find the appropriate event for your document <u>do not file it using the wrong event</u>.").